# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| HAMED AFSAR,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>Respondent. | 5:26-cv-826 |

## ORDER

Petitioner, through counsel, filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and states he has been Immigration and Customs Enforcement's ("ICE") custody since his arrival into the United States on January 8, 2025. Dkt. No. 1 at 1. Petitioner also states that he has been under a final order of removal since November 13, 2025, and has been under post-removal detention for longer than six months. Id. Petitioner asserts that he asked ICE to effectuate his removal on several occasions and ICE has yet to remove him. Id. at 2-3. Thus, Petitioner seeks his release from ICE detention. Id. at 3.

Respondent seems to recognize Petitioner has been in ICE's custody for longer than the six-month presumptively reasonable period of 8 U.S.C. § 1231(a). Dkt. No. 4 at 3. Respondent represents that Petitioner was scheduled for removal on a flight in July 2026. Id. & at 5. The Court held an informal telephonic

conference with the parties on August 13, 2026, and allowed Respondent until August 27, 2026, to file a motion to dismiss. Dkt. Nos. 8, 9. Respondent filed a status report and states he will not file a motion to dismiss in this case. Dkt. No. 10.

Though Respondent did not state this in the status report, in other cases involving very similar factual bases as this case, Respondent has represented he has no good-faith basis to dispute the petitioners' claims regarding removal. See, e.g., Ahmadi v. Warden, Case No. 5:26-cv-800 (S.D. Ga.) (Respondent conceding he has no good-faith basis for dispute). Petitioner has been in ICE detention longer than the presumptively reasonable period, and it does not seem that there is a significant likelihood of Petitioner's removal in the reasonably foreseeable future. Thus, the Court **GRANTS in part** Petitioner's § 2241 Petition and **ORDERS** Respondent to release Petitioner from custody as quickly as possible, but no later than within seven (7) days of this Order. The Court **DIRECTS** the Clerk of Court to **CLOSE** this civil action and enter the appropriate judgment.

**SO ORDERED**, this 14 day of September, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA